IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOPEVER CORPORATION,<br><br>    Plaintiff,<br><br>    Vs.<br><br>THE ENE GROUP LLC, THE UNDERGROUND GROUP LLC, SALLY JEMAL, ROBERT GROSSMAN, as an individuals and as agents of The ENE Group LLC and The Underground Group LLC, JOHN DOES I-X, fictional defendants whose identities are not presently known to plaintiffs but who are liable to defendants for the causes of action set forth in this Complaint,<br><br>    Defendants. | Civil Action No.: 1:12-cv-0869-HB |

STIPULATION AND ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE AGAINST ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff in the above-captioned case and all Defendants, hereby request that the Court enter this voluntary dismissal with prejudice of Plaintiff's Complaint and all Amended Complaints against all Defendants.

Dated:

_____
Joshua W. Denbeaux, Esq.
DENBEAUX & DENBEAUX
366 Kinderkamack Road
Westwood, NJ 07675
Tel. (201)664-8855
Fax (201)666-8589
(On behalf of Plaintiff, TOPEVER CORPORATION)

Dated: 6/10/13

_____
Michael E. Murav, Esq.
LAZARUS & LAZARUS, P.C.
240 Madison Avenue,
New York City, New York 10016
Tel. (212)889-7400
Fax (212)684-0314
(On behalf of the NAMED DEFENDANTS)


SO ORDERED


_____
The Honorable Harold Baer, Jr.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Chambers 2230
New York, New York 10007

Dated: